Edward V. Tracy, Appellant, *v.* American Mutual Liability Insurance Company, Respondent.

(Argued January 9, 1935; decided January 24, 1935.)

*Joseph J. Einhorn* for appellant.

*Dickinson S. Talley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.